IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALBERTA WRICE, Individually and as Executrix of the Estate of Rubin Wrice, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 115-191 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

## O R D E R

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 35.) This case is therefore **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA